THE HONG KONG AND SHANGHAI BANKING CORPORATION, Respondent, *v.* GUY B. SEELY et al., Appellants.

(Argued June 21, 1887; decided July 1, 1887.)

*Flamen B. Candler* for appellants.

*Amasa A. Redfield* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.